

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

# MEMORANDUM OPINION

No. 04-09-00033-CV

**The State of Texas for the Best Interest and Protection of F.B.**

From Probate Court No. 1, Bexar County, Texas
Trial Court No. 2008-MH-3389
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:   February 18, 2009

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM